UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                                                 Crim. No. 07-123 (JNE/RLE)
                                                                                ORDER

Erik Lee Rekonen (1),
John Francis Hasty (2),
Derek Jospeh Carlson (4), and
Darren Charles Roivanen (5),

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief Magistrate Judge, United States District Court for the District of Minnesota, on August 31, 2007. The magistrate judge recommended that the motions of Defendants Rekonen, Hasty, and Roivanen to Suppress Evidence from Search and the motions of Hasty, Carlson, and Roivanen to Suppress Statements be denied. Defendant Rekonen objected to the Report and Recommendation, and the Government responded. Based on a de novo review of the record, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. The Motions of the Defendant Rekonen for Suppression of Evidence Obtained Through Illegal Search [Docket No. 55] and to Suppress Search and Seizure Evidence [Docket No. 57] are DENIED.

2. The Motion of the Defendant Hasty to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 79] is DENIED.

3. That the Motion of the Defendant Hasty to Suppress Statements, Admissions and Answers [Docket No. 82] is DENIED.

4. That the Motion of the Defendant Carlson to Suppress Statement [Docket No. 68] is DENIED.

5. That the Motion of the Defendant Roivanen to Suppress Confessions or Statements in the Nature of Confessions [Docket No. 117] is DENIED.

6. That the Motion of the Defendant Roivanen to Suppress Evidence from Searches and Seizures [Docket No. 118] is DENIED.

Dated: October 5, 2007

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Judge